AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas



MAY 18 2020

Clerk, U.S. District Court
Texas Eastern

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SAMUEL MORGAN YATES | ) | Case No. 5:20-MJ-15 |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **April 14, 2020 to present** in the county of **Bowie** in the **Eastern** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 1344 | Bank Fraud |
| 18 U.S.C. § 1014 | False Statements to a Financial Institution |
| 15 U.S.C. § 645(a) | False Statements to Small Business Administration |

This criminal complaint is based on these facts:
See attached affidavit of Special Agent Cole Ashcraft, Treasury Inspector General for Tax Administration.

☑ Continued on the attached sheet.

APPEARING BY PHONE AT 202-308-0518
*Complainant's signature*

Special Agent Cole Ashcraft, TIGTA
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Cr. P. 4.1 by telephone.

Date: May 18, 2020 @ 2:58 pm

*Judge's signature*

City and state: Texarkana, Texas

Caroline M. Craven, United States Magistrate Judge
*Printed name and title*